| | | |
|---|---|---|
| In re: Lyndel Toppin | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |
| | : | |
| | : | Adv. Proc. No. 18-00137-MDC |

**MOTION FOR APPOINTMENT OF NEXT FRIEND**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1004.1**

Debtor Lyndel Toppin, by and through attorney Stephen M. Dunne, and the Dunne Law Offices, P.C., files the foregoing Motion for Appointment of Next Friend pursuant to Federal Rule of Bankruptcy Procedure 1004.1, and in support thereof, aver the following:

1.      Lyndel Toppin (hereinafter "Debtor") filed the instant Chapter 13 bankruptcy Voluntary Petition on May 8, 2018.

2.      In view of health considerations that prevent Lyndel Toppin from participating meaningfully in an examination of his finances, Lyndel Toppin requested and received an exemption from credit counseling in this bankruptcy case.

3.      In view of health considerations that are continuing, and anticipated to continue, Lyndel Toppin seeks appointment of his Nephew, Barrington Whyte as Next of Friend.

4.      Lyndel Toppin currently does not have a surrogate or other court appointed guardian. Instead, Barrington Whyte has served as Lyndel Toppin's power of attorney.

5.     The power of attorney grants Barrington Whyte permission to file and administer a bankruptcy on behalf of Lyndel Toppin.  A copy of the power of attorney is attached hereto as Exhibit "A" and incorporated by reference.

6.     To this end, averring that he has handled the financial and other major decisions of the house, Barrington Whyte is able to testify about the financial condition, debts and assets of Lyndel Toppin.

7.     Pursuant to the broad powers of 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 1004.1, this Honorable Court has the authority to appoint a Next Friend or Guardian Ad Litem for the prosecution of the within petition. Thus, appointment of Barrington Whyte is proper.

8.     Based on the foregoing, Debtor Lyndel Toppin requests the appointment of Barrington Whyte as Next of Friend to permit him to testify on behalf of Lyndel Toppin, sign schedules and address any other matters related to this Chapter 13 bankruptcy case.

**WHEREFORE**, Debtor Lyndel Toppin by and through attorney Stephen M. Dunne, and the Dunne Law Offices, P.C., pray that this Honorable Court will grant the instant Motion.

Respectfully submitted:

Dated: July 2, 2018

BY: */s/ Stephen M. Dunne*
**Stephen M. Dunne, Esquire**
1515 Market Street, Suite. 1200
Philadelphia, PA 19102
(215) 551-7109 Phone
Fax: (215) 525-9721
Email: stephen@dunnelawoffices.com