**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lyndel Toppin | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |
| | : | |
| | : | Adv. Proc. No. 18-00137-MDC |

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED, that on July 2, 2018, a true and correct copy of the Debtor's

Motion for Appointment of Next Friend was served pursuant to L.B.R. 2002-2 (Clerk's Service

List); and L.B.R. 9014-3 (any person whose interest would be directly, materially and adversely

affected if the relief requested in the motion were granted and whose interests are not adequately

represented by those on whom service is otherwise required).

Respectfully submitted:

DUNNE LAW OFFICES. P.C.

Dated: July 2, 2018

<u>By:</u> /s/ *Stephen M. Dunne*
STEPHEN M. DUNNE. ESQUIRE
Attorney for Debtor
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 551-7109  Phone
(215) 525-9721 Fax