**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Lyndel Toppin | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 18-13098-MDC |
| | : | |
| | : | Adv. Proc. No. 18-00137-MD |

### <u>ORDER</u>

Upon consideration of Debtor's Motion for Appointment of Next Friend pursuant to

Federal Rule of Bankruptcy Procedure 1004.1, it is hereby ORDERED as follows:

**ORDERED,** that Debtor's Motion for Appointment of Next Friend is GRANTED;

**ORDERED** that Barrington Whyte shall serve as Next of Friend to permit him to testify

on behalf of Debtor, Lyndel Toppin, sign schedules and address any other matters related to his

Chapter 13 bankruptcy case; including the pending Adversary Proceeding before the Court.

**BY THE COURT**

_____

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE