**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x
In re:                                                  :
                                                        :          Chapter 13
      LYNDEL TOPPIN,                                    :
                                                        :          Bankruptcy No. 18-13098 (MDC)
                           Debtor.                      :
-------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Objection to the Proposed First Amended Chapter 13 Plan filed by the City of Philadelphia was served in the manner and on the date set forth below, upon the following:

Via Regular Mail:
Lyndel Toppin
146 S 62nd St.
Philadelphia, PA 19145

Via ECF Filing:
Stephen Matthew Dunne, Esq.
1515 Market St., Suite 1200
Philadelphia, PA 19102

Chapter 13 Trustee:
William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

THE CITY OF PHILADELPHIA

Dated: December 21, 2018       By:    */s/ Megan N. Harper*
                                      MEGAN N. HARPER
                                      Deputy City Solicitor
                                      PA Attorney I.D. 81669
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0503 (phone)
                                      Email: Megan.Harper@phila.gov