**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x
In re:                                      :
                                            :         Chapter 13
    LYNDEL TOPPIN,                  :
                                            :         Bankruptcy No. 18-13098 (MDC)
                  Debtor.         :
-------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 98) filed by the City of Philadelphia on September 26, 2019.

      Respectfully submitted,

      THE CITY OF PHILADELPHIA

Dated: October 10, 2019    By:    /s/ Megan N. Harper
      Megan N. Harper
      Deputy City Solicitor
      City of Philadelphia Law Department
      1401 JFK Blvd., 5th Floor
      Philadelphia, PA  19102-1595
      215-686-0503 (phone)
      215-686-0588 (facsimile)
      Email: Megan.Harper@Phila.gov